THE UNITED STATES DISTRICT COURT
for the
Northern District of Georgia – Atlanta Division

Sonya Braxton

Plaintiff/ Petitioner

v.

Georgia Department of Community Affairs,
LaRuth Holloway, Individually,
and In Her Official Appointment of
Regional Housing Administrator
Georgia Department of Community Affairs
Karen Loveless, Individually,
and In Her Official Appointment of
Assistant Regional Housing Administrator
Georgia Department of Community Affairs
Jeffery Abney, Individually,
and In His Official Appointment of
Family Housing Counselor
Georgia Department of Community Affairs,
Geoffrey Parker, Individually,
and In His Official Appointment of
Compliance Officer
Georgia Department of Community Affairs
Jacqueline Nunis, Individually,
and In Her Official Appointment of
Family Housing Counselor
Georgia Department of Community Affairs

Defendant/ Respondent

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG - 9 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Civil Action No. 1:10cv2446wsd

NOTICE OF FILING: My 42: 1983 Complaint, 1:10 CV 2446 wsd

**REQUEST FOR THE HONORABLE JUDGE HAROLD L. MURPHY TO HEAR THIS CASE.**

**Due to** Rome Division Judge Harold L. Murphy hearing other cases filed by me in the Northern District of Georgia Court that are related to this case it would better serve the Northern District of Georgia Court for him to also hear this case.

Cases that are connected are 4:2010cv00109 and 4:2010cv00108 both actions are directly related to my case number 1:10cv2446wsd.

VERIFICATION

I, SONYA BRAXTON, I am of sound mind and fully competent to testify as to the facts stated within my complaint.

_Sonya Braxton_          8/6/10
Sonya Braxton            Date