Case 1:10-cv-02446-WSD   Document 3   Filed 08/17/10   Page 1 of ...

FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

AUG 17 2010

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

# THE UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia – Atlanta Division

| | |
|---|---|
| Sonya Braxton )<br>)<br>_____ )<br>)<br>Plaintiff/ Petitioner )<br>)<br>)<br>v. )<br>)<br>)<br>Georgia Department of Community )<br>Affairs, )<br>LaRuth Holloway, Individually, )<br>and In Her Official Appointment of )<br>Regional Housing Administrator )<br>Georgia Department of Community )<br>Affairs )<br>Karen Loveless, Individually, )<br>and In Her Official Appointment of )<br>Assistant Regional Housing )<br>Administrator )<br>Georgia Department of Community )<br>Affairs )<br>Jeffery Abney, Individually, )<br>and In His Official Appointment of )<br>Family Housing Counselor )<br>Georgia Department of Community )<br>Affairs, )<br>Geoffrey Parker, Individually, )<br>and In His Official Appointment of )<br>Compliance Officer )<br>Georgia Department of Community )<br>Affairs )<br>Jacqueline Nunis, Individually, )<br>and In Her Official Appointment of )<br>Family Housing Counselor )<br>Georgia Department of Community )<br>Affairs )<br>)<br>_____ )<br>Defendant/ Respondent )<br>)<br>) | Civil Action No. 1:10-cv-02446-WSD |

1

NOTICE OF FILING: MOTION TO HAVE IFP EXPEDITED DUE TO MY FAMILY'S URGENT CIRCUMSTANCES WITH LIVING ON SECTION 8

Due to the severe and distressing conditions my family is forced to live with because of the actions of Georgia Department of Community Affairs Section 8 employees which have caused me to bring suit against them I am asking your court to expedite my IFP so that my case can move forward in the court by the court allowing me to Proceed IFP or In forma pauperis. I am very low income and I have no other way to pay the court fees. As of the date of me mailing this request to the court I had not seen my IFP decision on PACER made.

I, SONYA BRAXTON THE PLAINTIFF AM AT THIS TIME MAKING A REQUEST/DEMAND FOR A JURY PRESENCE AT MY CIVIL ACTION

VERIFICATION

I, SONYA BRAXTON, I am of sound mind and fully competent to testify as to the facts stated within my complaint.

_Sonya Braxton_     8/16/2010
Sonya Braxton        Date